No. 155. MATHEWS ET AL. *v.* WEST VIRGINIA EX REL. HAMILTON, PROSECUTING ATTORNEY. See *ante,* p. 707.

No. 316. HECHT COMPANY *v.* BROWN, PRICE ADMINISTRATOR. October 18, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Messrs. Charles A. Horsky* and *Spencer Gordon* for petitioner. *Solicitor General Fahy* and *Messrs. Paul A. Freund, Thomas I. Emerson,* and *David London* for respondent.

No. 232. SARTOR ET AL. *v.* ARKANSAS NATURAL GAS CORP. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Gilbert P. Bullis* for petitioners.

No. 262. GOODYEAR TIRE & RUBBER CO., INC. ET AL. *v.* RAY-O-VAC COMPANY. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. William E. Chilton* and *Albert R. Golrick* for petitioners. *Messrs. Bernard A. Schroeder, Russell Wiles,* and *George A. Chritton* for respondent.

No. 343. ORDER OF RAILROAD TELEGRAPHERS *v.* RAILWAY EXPRESS AGENCY, INC. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. William G. McRae* and *Leo J. Hassenauer* for petitioner. *Messrs. A. M. Hartung, Blair Foster,* and *H. S. Marx* for respondent.